## RICHARD SMYTH, COLLECTOR, *versus* CHRISTIAN CLEMENS

JOURNAL ENTRIES (1814–15): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) continuance rescinded, appearance, declaration filed, rule to plead *p. 444; (4) plea filed, issue *p. 458.
PAPERS IN FILE: (1) Capias and return; (2) declaration, plea of nil debet.
*Office Docket*, MS p. 1, c. 2.

## RICHARD SMYTH, COLLECTOR, *versus* LOUIS CHAPOTON

JOURNAL ENTRIES (1814–15): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440.
PAPERS IN FILE: (1) Capias and return.
*Office Docket*, MS p. 1, c. 3.

## RICHARD SMYTH, COLLECTOR, *versus* FRANÇOIS RIVARD

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) discontinued *p. 670.
PAPERS IN FILE: (1) Capias and return.
*Office Docket*, MS p. 2, c. 4.